IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EUGENE VIRGIL HALL,

    Petitioner,               No. CIV S-09-2552 DAD P

    vs.

M.D. McDONALD, Warden,

    Respondent.             <u>ORDER</u>

_____/

        Respondent has requested an extension of time to file a response to petitioner's amended petition for writ of habeas corpus. Good cause appearing, the request will be granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Respondent's April 28, 2010 motion for an extension of time (Doc. No. 19) is granted; and

        2. Respondent shall file and serve a response to petitioner's amended petition for writ of habeas corpus on or before June 7, 2010.

DATED: April 29, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:sj
hall2552.111